IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00733-WDM-MEH

LILIANA RAVELO,

    Plaintiff,

v.

EAST WEST RESORTS, LLC, a Delaware limited liability comapny,
EAST WEST RESORTS MANAGEMENT, INC., a Colorado corporation, a/k/a East West Hospitality Corporation,
EAST WEST RESORT MANAGEMENT II, LLC, a Colorado limited liability company,
EAST WEST RESORT MANAGEMENT IV, LLC, a Delaware limited liability company,
EAST WEST PARTNERS, INC., a Colorado corporation,
VILLA MONTANE RESIDENTIAL MASTER ASSOCIATION, a Colorado nonprofit corporation,
VILLA MONTANE ASSOCIATION, a Colorado nonprofit corporation,
MOUNTAIN LODGE CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,
THE VILLAS AT BEAVER CREEK ASSOCIATION, a Colorado nonprofit corporation, and
HYATT CORPORATION, a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 9, 2010.**

    The Joint Motion to Vacate Settlement Conference [filed September 8, 2010; docket #36] is **granted**. The Settlement Conference set for September 27, 2010, is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **September 16, 2010**, to set a new date.