IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-00733-WDM-MEH

LILIANA RAVELO,

      Plaintiff,

v.

EAST WEST RESORTS, LLC., et al.,

      Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

---

      The court takes judicial notice that the parties have filed a Stipulation for

Dismissal of certain defendants only in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, the complaint is dismissed with prejudice as to East West Resorts

Management, Inc., East West Resorts Management II, LLC, East West Resorts

Management IV, LLC, East West Partners, Inc., Villa Montane Association, The Villas

at Beaver Creek Association, Mountain Lodge Condominium Association, Inc., and Hyatt Corporation, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 14, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge